IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-CR-55-MOC-WCM-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| FORREST STAMPER | ) | |
| | ) | |

This matter is before the Court on Defendant's Motion to Seal Declaration of Fredilyn Sison (Doc. 14), which Declaration has been filed in support of Defendant's Unopposed Motion to Continue Jury Trial (Docs. 12, 13).

In evaluating a motion to seal, the Court must "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." Ashcraft v. Conoco, Inc., 218 F.3d 288, 302 (4th Cir. 2000).

The undersigned has considered the Motion to Seal, the public's interest in access to the Declaration, and alternatives to sealing.

The public has been provided with some notice and an opportunity to object to the Motion to Seal as the motion has appeared on the docket since it

1

was filed on September 21, 2021. The Motion does not indicate the Government's position; however, the Government has filed no objection to the motion.

Further, the subject Declaration contains information regarding Defendant's personal medical status.

The undersigned concludes that Defendant has made the required showing and will allow the Motion, subject to further consideration should a motion to unseal the Declaration be made at a later time.

**IT IS THEREFORE ORDERED THAT** Defendant's Motion to Seal Declaration of Fredilyn Sison (Doc. 14) is **GRANTED**, and the Declaration of Fredilyn Sison (Doc. 13) is **SEALED** and shall remain sealed until further Order of the Court.

Signed: September 28, 2021

W. Carleton Metcalf
United States Magistrate Judge