UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cr-55-MOC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| FOREST COLE STAMPER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the United States of America's Motion to Dismiss without prejudice the above-captioned Bill of Indictment, because Defendant has entered a guilty plea in a related case. (Doc. No. 18).

The Court has reviewed the Motion and finds that good cause has been shown to justify dismissing the Bill of Indictment without prejudice.

Thus, the Motion is **GRANTED**.

Signed: December 2, 2021

Max O. Cogburn Jr
United States District Judge